THE ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675
Facsimile: (305) 444-0075
Email: alex@integrityforjustice.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699<br>District Judge: Charles R. Breyer<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| This Document Relates To:<br><br>Gary Shimminger, and Karen Shimminger, his wife, v. Pfizer, Inc., 3:07-cv-01373-CRB<br><br>Michelle White, as the Administrator of the Estate of Addie Marie White, Michael White, and Milton White, survivors, v. Pfizer, Inc., 3:06-cv-02766-CRB | |

Come now the Plaintiffs, Gary Shimminger and Karen Shimminger, and Michelle White, as the Administrator of the Estate of Addie Marie White, and Michael White and Milton White, Survivors, in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions

//
//
//
//

1  //

2  //

3  //

4  with prejudice **as to the plaintiffs named herein only** with each side bearing its own attorneys'
5  fees and costs.

6

7  Dated: _Dec. 30, 2009_   THE ALVAREZ LAW FIRM
                             355 Palermo Avenue
8                            Coral Gables, FL  33134
                             Telephone: (305) 444-7675
9                            Facsimile:  (305) 444-0075
                             Email: alex@integrityforjustice.com
10

11

12                           By: _____
                                  ALEX ALVAREZ
13                                Attorney for Plaintiffs

14

15  Dated: March 22, 2010    DLA PIPER LLP (U.S.)

16
                             By: _____
17

18                           Defendants' Liaison Counsel

19
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
20  SO ORDERED.**

21
    Dated: ____APR - 5 2010____
22                               _____
                                 Hon. Charles R. Breyer
23                               United States District Court

24

25

26

27

28

- 2 -